# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L. M. VASQUEZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01081-OWW-DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF WITHOUT PREJUDICE<br><br>(Docs. 5, 16) |

　　　Plaintiff Lance R. Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On November 3, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on November 20, 2009.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//

//

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed on November 3, 2009, is adopted in

3          full; and

4    2.    Plaintiff's request for injunctive relief, filed on July 6, 2009, is denied without

5          prejudice.

6  IT IS SO ORDERED.

7  **Dated:   November 24, 2009**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE