# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE R. MARTIN,<br><br>             Plaintiff,<br><br>   v.<br><br>L. M. VASQUEZ,<br><br>             Defendant. | CASE NO. 1:09-cv-01081-OWW-DLB PC<br><br>ORDER DISREGARDING MOTION TO WITHDRAW<br><br>(Doc. 18) |

     Plaintiff Lance R. Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a motion to withdraw by Plaintiff, filed on December 1, 2009, which the Court construes as a motion for voluntary dismissal. (Doc. 18.) On November 18, 2009, Plaintiff submitted a request for judicial notice that any motion to withdraw this case was erroneously submitted. (Doc. 15.) It is unclear to the Court why Plaintiff submitted a request to withdraw his motion to voluntarily dismiss prior to the motion's submission. However, the Court will grant Plaintiff's request and disregard the motion to withdraw.

     Accordingly, the Court HEREBY ORDERS that Plaintiff's motion to withdraw this action, filed on December 1, 2009, is DISREGARDED.

   IT IS SO ORDERED.

   Dated:   **December 14, 2009**            **/s/ Dennis L. Beck**
                                                             UNITED STATES MAGISTRATE JUDGE

1