# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LANCE R. MARTIN,

        Plaintiff,

  v.

L. M. VASQUEZ, et al.,

        Defendants.

_____/

CASE NO. 1:09-cv-01081-OWW-DLB (PC)

ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

(Doc. 30)

Plaintiff is a state prisoner proceeding pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.

On January 4, 2010, Plaintiff filed a document in which he states that he wishes to dismiss this action. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have filed an answer or other responsive pleading.

Accordingly, this action is DISMISSED pursuant to Plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

IT IS SO ORDERED.

**Dated:   January 8, 2010**            **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE